UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT IVAN JOHNSON,<br><br>                     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commission of Social Security,<br><br>                     Defendant. | Case No.: 21cv01284-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**<br><br>**[ECF No. 19]** |

    Before the Court is the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) and costs under 28 U.S.C. § 1920. ECF No. 18. Plaintiff seeks an award of attorney's fees and expenses of $4,300.00 under the EAJA and costs in the amount of $402.00. *Id.* at 1. Having reviewed the joint motion, and good cause appearing, the Court **GRANTS** the request. The Court awards Plaintiff $4,300.00 in attorney's fees under the EAJA and costs in the amount of $402.00, subject to the terms discussed in the joint motion.

    **IT IS SO ORDERED.**

Dated: October 14, 2022

                                                 Hon. Nita L. Stormes
                                                 United States Magistrate Judge